IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>WANDA PÉREZ-GARCÍA [4],<br><br><br>**Defendant(s).** | Case No. 3:18-cr-00193 (FAB) |

### ORDER

The Report and Recommendation filed on October 18, 2021, ECF No. 238 on defendant's Rule 11 proceeding held before Magistrate Judge Camille L. Velez-Rive on October 18, 2021, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to count 3 of the Indictment is accepted. This case was referred to the Probation Office for preparation of a Presentence Investigation Report on October 18, 2021.

**In Person Sentencing hearing reset for February 25, 2022 at 9:00 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of November 2021.

               s/Francisco A. Besosa
               FRANCISCO A. BESOSA
               United States District Judge